```
DONNA LUCILLE WIGGINS            DISCOVER FINANCIAL              JPMCB
VANCE HAGOOD WIGGINS             ATTN: BANKRUPTCY                MAILCODE LA4-7100
305 MARION ST                    PO BOX 3025                     700 KANSAS LANE
COLLINS, MS 39428                NEW ALBANY, OH 43054            MONROE, LA 71203


THOMAS C. ROLLINS, JR.           FIRST PREMIER BANK              LVNV FUNDING
THE ROLLINS LAW FIRM, PLLC       3820 N LOUISE AVE               ATTN: BANKRUPTCY
P.O. BOX 13767                   SIOUX FALLS, SD 57107           PO BOX 10497
JACKSON, MS 39236                                                GREENVILLE, SC 29603


AMEX                             FIRST SAVINGS BANK              MIDLAND CREDIT MGMT
PO BOX 981535                    ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
EL PASO, TX 79998                P.O. BOX 5019                   PO BOX 939069
                                 SIOUX FALLS, SD 57117           SAN DIEGO, CA 92193


AT&T                             FIRST SAVINGS BANK              NAVY FEDERAL CU
PO BOX 5087                      ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
CAROL STREAM, IL 60197-5087      PO BOX 5096                     P.O. BOX 3000
                                 SIOUX FALLS, SD 57117           MERRIFIELD, VA 22119


BARCLAYS BANK DELAWARE           FNB OMAHA                       NAVY FEDERAL CU
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
PO BOX 8801                      P.O. BOX 3128                   PO BOX 3302
WILMINGTON, DE 19899             OMAHA, NE 68103                 MERRIFIELD, VA 22119


CAPITAL ONE                      GENESIS FS CARD                 NAVY FEDERAL CU
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
P.O. BOX 30285                   PO BOX 4477                     PO BOX 3000
SALT LAKE CITY, UT 84130         BEAVERTON, OR 97076             MERRIFIELD, VA 22119


CBNA                             GOLDMAN SACHS BANK USA          PORTFOLIO RECOVERY
PO BOX 790034                    ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
ST LOUIS, MO 63179               PO BOX 70379                    120 CORPORATE BLVD
                                 PHILADELPHIA, PA 19176          NORFOLK, VA 23502


CFNA                             HATTIESBURG CLINIC              REGIONAL FINANCE
ATTN: BANKRUPTCY                 415 SOUTH 28TH AVE              979 BATESVILLE RD
PO BOX 81315                     HATTIESBURG, MS 39401           GREER, SC 29651
CLEVELAND, OH 44181


CITIBANK                         JEFFERSON CAPITAL               REPUBLIC FINANCE
PO BOX 790040                    ATTN: BANKRUPTCY                1573 SIMPSON HWY 49
ST LOUIS, MO 63179               200 14TH AVE E                  STE 6
                                 SARTEKK, MN 56377               MAGEE, MS 39111
```

```
REPUBLIC FINANCE                WILKINSON LAW FIRM
P.O. BOX 326                    P.O. BOX 321408
MAGEE, MS 39111                 BUCKATUNNA, MS 39322


SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS 39130-2058


SYNCHRONY BANK
ATTN: BANKRUPTCY
P.O. BOX 965060
ORLANDO, FL 32896


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232


TRANSWORD SYSTEM INC
2135 E PRIMROSE
STE Q
SPRINGFIELD, MO 65804


UNITED COLLECTION BURE
PO BOX 140190
TOLEDO, OH 43614


VELOCITY INVESTMENTS
ATTN: BANKRUPTCY
1800 ROUTE 3 N
STE 305
WALL, NJ 07719

WELLS FARGO
ATTN: BANKRUPTCY
1100 CORPORATE CENTER
RALEIGH, NC 27607


WELLS FARGO BANK
ATTN: BANKRUPTCY
1 HOME CAMPUS MAC
DES MOINES, IA 50328
```