Certificate Number: 17082-MSS-DE-039821783

Bankruptcy Case Number: 25-50882



17082-MSS-DE-039821783

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2025, at 1:33 o'clock PM MST, VANCE H WIGGINS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 30, 2025         By:   /s/Orsolya K Lazar

                              Name:  Orsolya K Lazar

                              Title: Executive Director