United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50882-KMS
Donna Lucille Wiggins  Chapter 7
Vance Hagood Wiggins
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6    User: mssbad    Page 1 of 4
Date Rcvd: Sep 17, 2025    Form ID: 318    Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donna Lucille Wiggins, Vance Hagood Wiggins, 305 Marion St, Collins, MS 39428-3884 |
| 5523436 | + | Republic Finance, 1573 Simpson Hwy 49, Ste 6, Magee, MS 39111-4345 |
| 5523443 | | Velocity Investments, Attn: Bankruptcy, 1800 Route 3 N, Ste 305, Wall, NJ 07719 |
| 5523446 | | Wilkinson Law Firm, P.O. Box 321408, Buckatunna, MS 39322 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Sep 17 2025 23:34:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5555448 | + | EDI: AIS.COM | Sep 17 2025 23:34:00 | AT & T Mobility aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5523413 | | EDI: ATTWIREBK.COM | Sep 17 2025 23:34:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5539279 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2025 19:36:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5523412 | + | Email/PDF: bncnotices@becket-lee.com | Sep 17 2025 19:36:47 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5523414 | + | EDI: TSYS2 | Sep 17 2025 23:34:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5523417 | + | EDI: CRFRSTNA.COM | Sep 17 2025 23:34:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5523415 | + | EDI: CAPITALONE.COM | Sep 17 2025 23:34:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5525461 | + | EDI: AIS.COM | Sep 17 2025 23:34:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5525429 | | EDI: DISCOVER | Sep 17 2025 23:34:00 | Capital One, N.A., successor by merger to, Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5523416 | + | EDI: CITICORP | Sep 17 2025 23:34:00 | Cbna, Po Box 790034, St Louis, MO 63179-0034 |
| 5523418 | + | EDI: CITICORP | Sep 17 2025 23:34:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5542740 | | EDI: CITICORP | Sep 17 2025 23:34:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5523419 | + | EDI: DISCOVER | Sep 17 2025 23:34:00 | Discover Financial, Attn: Bankruptcy, Po Box |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 318 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5523423 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 17 2025 19:35:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5523421 | | Email/Text: BNSFS@capitalsvcs.com | Sep 17 2025 19:35:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 5543183 | ^ | MEBN | Sep 17 2025 19:29:59 | First National Bank of Omaha, c/o BQ & Associates, 14211 Arbor St, Suite 100,, Omaha NE 68144-2312 |
| 5523420 | + | EDI: AMINFOFP.COM | Sep 17 2025 23:34:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5523422 | + | Email/Text: BNBLAZE@capitalsvcs.com | Sep 17 2025 19:35:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117-5096 |
| 5523424 | + | EDI: PHINGENESIS | Sep 17 2025 23:34:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5523425 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 17 2025 19:35:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5523426 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Sep 17 2025 19:35:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5540162 | + | Email/Text: RASEBN@raslg.com | Sep 17 2025 19:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5523427 | + | EDI: JEFFERSONCAP.COM | Sep 17 2025 23:34:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5523428 | + | EDI: JPMORGANCHASE | Sep 17 2025 23:34:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5525353 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2025 19:36:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5523429 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2025 19:36:47 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5523430 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2025 19:35:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5523431 | + | EDI: NFCU.COM | Sep 17 2025 23:34:00 | Navy Federal CU, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5523432 | + | EDI: NFCU.COM | Sep 17 2025 23:34:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5523434 | | EDI: PRA.COM | Sep 17 2025 23:34:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5533843 | | EDI: Q3G.COM | Sep 17 2025 23:34:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5523437 | | Email/Text: bankruptcy@republicfinance.com | Sep 17 2025 19:35:00 | Republic Finance, P.O. Box 326, Magee, MS 39111 |
| 5523435 | + | Email/Text: bankruptcy@regionalmanagement.com | Sep 17 2025 19:35:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5523438 | | Email/Text: rboone@simpsonlawfirm.net | Sep 17 2025 19:35:00 | Simpson Law Firm, P.O. Box 2058, Madison, MS 39130-2058 |
| 5549778 | + | EDI: AIS.COM | Sep 17 2025 23:34:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5523439 | + | EDI: SYNC | Sep 17 2025 23:34:00 | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 318 | Total Noticed: 46 |

| 5523440 | | Email/Text: bankruptcy@towerloan.com | | |
|---|---|---|---|---|
| | | | Sep 17 2025 19:35:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5523441 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Sep 17 2025 19:35:00 | Transword System Inc, 2135 E Primrose, Ste Q, Springfield, MO 65804-4598 |
| 5523442 | + | Email/Text: BAN-U140190@ucbinc.com | | |
| | | | Sep 17 2025 19:35:00 | United Collection Bure, PO Box 140190, Toledo, OH 43614-0190 |
| 5523444 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | | |
| | | | Sep 17 2025 19:36:52 | Wells Fargo, Attn: Bankruptcy, 1100 Corporate Center, Raleigh, NC 27607-5066 |
| 5523445 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Sep 17 2025 19:36:48 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus Mac, Des Moines, IA 50328-0001 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Navy Federal Credit Union |
| 5523433 | *+ | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 19, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Karen A. Maxcy | on behalf of Creditor Navy Federal Credit Union karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Vance Hagood Wiggins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Donna Lucille Wiggins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 4 of 4
Date Rcvd: Sep 17, 2025 Form ID: 318 Total Noticed: 46
TOTAL: 5

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Donna Lucille Wiggins** | Social Security number or ITIN | **xxx–xx–5609** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Vance Hagood Wiggins** | Social Security number or ITIN | **xxx–xx–1494** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **25–50882–KMS** | | | |

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Donna Lucille Wiggins**        **Vance Hagood Wiggins**
                                 aka Vance H Wiggins

Dated: 9/17/25        **By the court:** /s/Katharine M. Samson
                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318              **Order of Discharge**              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**