United States Bankruptcy Court
Southern District of Mississippi

In re: Donna Lucille Wiggins, Vance Hagood Wiggins, Debtors

Case No. 25-50882-KMS
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: van022 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Donna Lucille Wiggins, Vance Hagood Wiggins, 305 Marion St, Collins, MS 39428-3884 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Karen A. Maxcy | on behalf of Creditor Navy Federal Credit Union karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Vance Hagood Wiggins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Donna Lucille Wiggins trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6　　　　　　　　　　　　　　User: mssbad　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 17, 2025　　　　　　　　　　　Form ID: van022　　　　　　　　　　　　　Total Noticed: 1

United States Trustee
                USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**  Case No.: 25−50882−KMS

Donna Lucille Wiggins  **Chapter:** 7

Vance Hagood Wiggins
aka Vance H Wiggins

## FINAL DECREE/ORDER CLOSING CASE

The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, Fed. R. Bankr. P.; it is

**ORDERED** that the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

**DATED:** 9/17/25                    **/s/Katharine M. Samson**
                                      **United States Bankruptcy Judge**

*Include all names used by Debtor(s) within last 8 years

VAN022−OCAC